

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00150-CV

| | | |
|---|---|---|
| DRUE ALLEN HOLLIS, Appellant | § | On Appeal from the 352nd District Court |
| v. | § | of Tarrant County (352-305306-19) |
| | § | August 29, 2019 |
| MHMR OF TARRANT COUNTY, Appellee | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM